| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Ocean Garden Products, Inc., | § § § § § § § § § | |
| Plaintiff, | | |
| versus | | Civil Action H-08-3210 |
| Distributors Transport, Inc., et al., | | |
| Defendants. | | |

## Opinion on Attorney's Fees

Ocean Garden Products has requested an award of $68,945.00 for the attorney's fees and costs it, as the subrogated insured, expended in pursuing a breach of contract claim against Northfield Insurance Company.

Northfield was told of the cargo's disappearance and it investigated immediately. Northfield refused to pay Ocean for the loss, and when Ocean sued Northfield, it protracted the litigation at every stage and opportunity. Ocean spent ten months formally pursuing Northfield.

Northfield's actions extended the life of the case and required Ocean's attorneys to research and brief multiple issues. The case was primarily handled by Sara Banks, a second-year associate, who – as would be expected – was aided by more experienced attorneys. Banks's actual hours were reduced by 25% to 50% in the bill. The hours worked and the rates she, Robert Moll, John Sullivan, and Stevan Vangel charged are customary and reasonable in light of their experience and work required, and the quantity was reasonable in light of Northfield's obstinate behavior.

Ocean Garden Products, Inc., will take $68,945 from Northfield Insurance Company.

Signed on May 11, 2010, at Houston, Texas.

